ROBERT C. POTTER *v.* RUDOLPH E. A. LEFEBVRE.

*Karl E. Dowd* for the plaintiff filed no brief.

*George R. Scammon* and *Lindsey R. Brigham* (*Mr. Brigham* orally), for the defendant.

PER CURIAM. The ruling of the Trial Court was correct. The law upon this point is correctly stated in the Restatement, Conflict of Laws, s. 603, as follows: "If action is barred by the statute of limitations of the forum, no action can be maintained though action is not barred in the state where the cause of action arose." See also, *Connecticut &c. Co.* v. *Railroad,* 78 N. H. 553, 555. The order, therefore, is

*Exceptions overruled.*